IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 07-C-697 <br> ONE 2005 DODGE RAM QUAD ST ) <br> PICKUP TRUCK, VIN ) <br> 3D7KS28D95G744100, ) <br> ) <br> Defendant. ) <br> ) | |

ORDER FOR DEFAULT JUDGMENT AGAINST BENJAMIN SQUIRES

The United States of America, by its attorneys, Erik C. Peterson, United States Attorney for the Western District of Wisconsin, and Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture In Rem against the defendant one 2005 Dodge Ram Quad ST Pickup Truck, VIN 3D7KS28D95G744100, on December 10, 2007.

The complaint alleges that the defendant conveyance was used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. The complaint further alleges that the defendant conveyance is forfeitable to the United States under the provisions of 21 U.S.C. § 881(a)(4).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant conveyance. Notice of this action was also published in the *Wisconsin State Journal* on March 15, 2008. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed with the Court by Benjamin Squires pursuant to the Federal Rules of Civil Procedure.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Benjamin Squires in the defendant one 2005 Dodge Ram Quad ST Pickup Truck, VIN 3D7KS28D95G744100, is conveyed to the Plaintiff, United States of America.

DATED: July 10, 2008

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge

Entered this 14 day of July 2008.

JOEL TURNER, Acting Clerk
United States District Court

2