IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 07-C-697 |
| ONE 2005 DODGE RAM QUAD ST | ) | |
| PICKUP TRUCK, VIN | ) | |
| 3D7KS28D95G744100, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF REASONABLE CAUSE

Upon motion of the United States and review of the entire file of this case, the

Court hereby certifies that there was reasonable cause for the seizure of the defendant

property in that it was subject to forfeiture pursuant to Title 21, United States Code,

Section 881(a)(4).

Executed this ___19th___ day of August 2008.

BY THE COURT:

*Barbara B Crabb*

BARBARA B. CRABB
United States District Judge