IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ONE 2005 DODGE RAM QUAD ST<br>PICKUP TRUCK, VIN<br>3D7KS28D95G744100,<br><br>                Defendant. | Case No. 07-C-697 |

ORDER OF FORFEITURE

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1. The Stipulated Settlement Agreement is incorporated herein by reference and attached to the government's Application for Order of Forfeiture.

2. The fifteen thousand dollars ($15,000.00) as substitute res for the defendant property one 2005 Dodge Ram Quad ST Pickup Truck, VIN 3D7KS28D95G744100, is condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(4).

3. The United States Marshal is directed to:

    a. dispose of the substituted defendant <u>res</u> fifteen thousand dollars ($15,000.00) in accordance with federal law.

ORDERED this 19th day of August 2008.

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge